UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## APPEARANCE OF COUNSEL FORM

No. 17-04331

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

United States _____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

/s/ Thomas M. Sullivan
(signature)

*If you have not been admitted to practice before the Fourth Circuit, you must complete and return an application for admission. If you were admitted to practice under a different name than you are using now, you must include your former name when completing this form so that we can locate you on the attorney roll.*

| | |
|---|---|
| Thomas M. Sullivan | 301-344-0173 |
| Name (printed or typed) | Voice Phone |
| USDOJ/USAMD | 301-344-4516 |
| Firm Name (if applicable) | Fax Number |
| 6500 Cherrywood Lane | |
| Greenbelt, MD 20770 | thomas.sullivan@usdoj.gov |
| Address | E-mail address (print or type) |

☐ I am not participating in this case. Appellate counsel is:

_____    _____
(Name)                                (Phone)

### REGISTRATION AS AN APPELLATE ECF FILER

Electronic filing of documents by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

### CERTIFICATE OF SERVICE
**************************

I certify that on 6/08/2017 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Thomas M. Sullivan                              6/08/2017
Signature                                            Date